**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2053-23

STATE OF NEW JERSEY,

    Plaintiff-Respondent,

v.

MALIKA S. JONES,

    Defendant-Appellant.

_____

Submitted January 6, 2026 – Decided March 23, 2026

Before Judges Sumners, Susswein and Augostini.

On appeal from the Superior Court of New Jersey, Law Division, Union County, Indictment No. 21-04-0207.

Hunt, Hamlin & Ridley, attorneys for appellant (Raymond L. Hamlin, of counsel and on the briefs).

William A. Daniel, Union County Prosecutor, attorney for respondent (Michele C. Buckley, Assistant Prosecutor, of counsel and on the brief).

PER CURIAM

Defendant having filed a stipulation of dismissal as a result of the commutation of her sentence, the appeal is hereby dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

M.C. Harley

Clerk of the Appellate Division